# United States District Court

## WESTERN DISTRICT OF WASHINGTON

ESTATE OF EDNA COOPER,

      PLAINTIFF,

    v.

AMERICAN MEDICAL RESPONSE
NORTHWEST, et al.,

      DEFENDANTS

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C09-5530FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X___ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

American Medical Response's Motion to Dismiss [Dkt # 6] is **GRANTED**.

Plaintiffs claims are hereby dismissed with prejudice

___October 29, 2009___

           ___BRUCE RIFKIN___
                  Clerk

           /s/  Pat LeFrois
                 Deputy Clerk